ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CASE NO.: 4:15-CV-104-JHM

KAREN ARNOLD,                                                                                          PLAINTIFF

v.                                              **NOTICE OF REMOVAL**

OWENSBORO HEALTH FACILITIES, L.P. d/b/a
TWIN RIVERS NURSING AND REHABILITATION CENTER;
OWENSBORO HEALTH FACILITIES GP, LLC;
PREFERRED CARE PARTNERS MANAGEMENT GROUP, LP;
PCPMG, LLC;
PREFERRED CARE OF DELAWARE, INC. d/b/a
PREFERRED CARE, INC.;
KENTUCKY PARTNERS MANAGEMENT, LLC;
SHELLY RANEE MAFFIA, in her capacity as ADMINISTRATOR of
TWIN RIVERS NURSING AND REHABILITATION CENTER; and
JOHN DOES 1 through 5, UNKNOWN DEFENDANTS,                                                             DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

      Defendants, Owensboro Health Facilities, L.P. d/b/a Twin Rivers Nursing and Rehabilitation Center; Owensboro Health Facilities GP, LLC; Preferred Care Management Group, LP; PCPMG, LLC; Preferred Care of Delaware, Inc. d/b/a Preferred Care, Inc.; Kentucky Partners Management, LLC; and Shelly Ranee Maffia, in her capacity as Administrator of Twin Rivers Nursing and Rehabilitation Center, for their Notice of Removal from the Daviess Circuit Court to the United States District Court for the Western District of Kentucky, Owensboro Division, state as follows:

      1.     On July 15, 2015 Karen Arnold ("Plaintiff") filed a Complaint in the Daviess Circuit Court styled, *Karen Arnold v. Owensboro Health Facilities, L.P. d/b/a Twin Rivers*

*Nursing and Rehabilitation Center; Owensboro Health Facilities GP, LLC; Preferred Care of Delaware, Inc. d/b/a Preferred Care, Inc.; Kentucky Partners Management, LLC; and Shelly Ranee Maffia, in her capacity as Administrator of Twin Rivers Nursing and Rehabilitation Center,* Commonwealth of Kentucky, Daviess Circuit Court, Case No. 15-CI-636.

2. The Complaint alleges Defendants were negligent in the care and treatment of Karen Arnold. Plaintiff seeks to recover compensatory damages, as well as punitive damages against Defendants.

3. Owensboro Health Facilities, L.P. was served with the Summons and the Complaint on July 23, 2015.

4. Preferred Care of Delaware, Inc. was served with the Summons and the Complaint on July 23, 2015

5. Preferred Care Partners Management Group, L.P.'s registered agent in Texas was served with the Summons and the Complaint on July 29, 2015.

6. PCPMG, LLC's registered agent in Texas was served with the Summons and the Complaint on July 29, 2015.[1]

7. Kentucky Partners Management, LLC was served with the Summons and the Complaint on July 30, 2015.

8. Summons and Complaint were served upon the Kentucky Secretary of State for service upon Defendant, Owensboro Health Facilities GP, LLC, on July 23, 2015, who then served same upon Robert J. Riek, Esq., received on July 27, 2015.[2]

9. Defendant, Shelly Ranee Maffia, in her capacity as Administrator of Twin Rivers

---

[1] Defendant, PCPMG, LLC, denies sufficient contacts within the Commonwealth of Kentucky and will assert lack of jurisdiction as an affirmative defense.
[2] Defendant, Owensboro Health Facilities GP, LLC denies sufficient contacts within the Commonwealth of Kentucky and will assert lack of jurisdiction as an affirmative defense.

2

Nursing and Rehabilitation Center, has not been served with the Summons and Complaint.

10. This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §1332 based upon diversity jurisdiction.

11. Upon information and belief, Plaintiff, Karen Arnold, is a resident and citizen of Owensboro, Daviess County, Kentucky.

12. Plaintiff's Complaint alleges that Defendant, Owensboro Health Facilities, L.P. d/b/a Twin Rivers Nursing and Rehabilitation Center is a foreign limited partnership, with its principle office located at 5420 W. Plano Parkway, Plano, Texas 75093.

13. Plaintiff's Complaint alleges that Defendant, Owensboro Health Facilities GP, LLC is a foreign limited liability company, with its principle office located at 5420 W. Plano Parkway, Plano, Texas 75093.

14. Plaintiff's Complaint alleges that Defendant, Preferred Care Partners Management Group, LP is a foreign limited partnership, with its principle office located at 5420 W. Plano Parkway, Plano, Texas 75093.

15. Plaintiff's Complaint alleges that Defendant, PCPMG, LLC is a foreign limited liability company, with its principle office located at 5420 W. Plano Parkway, Plano, Texas 75093.

16. Plaintiff's Complaint alleges that Defendant, Preferred Care of Delaware, Inc. is a foreign corporation, with its principle office located at 5420 W. Plano Parkway, Plano, Texas 75093.

17. Plaintiff's Complaint alleges that Defendant, Kentucky Partners Management, LLC is a foreign limited liability company, with its principle office located at 5420 W. Plano Parkway, Plano, Texas 75093.

18. Plaintiff's Complaint alleges that Defendant, Shelly Ranee Maffia resides at 98 Burglen Hills Drive, Tell City, IN 47586.

19. Thus, the parties are citizens and residents of different states and the requirement of complete diversity is satisfied. *See* 28 U.S.C. §1332(a).

20. Pursuant to 28 U.S.C. §1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." The Circuit Court of Daviess County, Kentucky is located within the jurisdiction of the United States District Court for the Western District of Kentucky, Owensboro Division. Therefore, venue is proper in this Court and division pursuant to 28 U.S.C. §1441(a).

21. Based upon the allegations raised in the Complaint attached hereto, including Plaintiff's demand for punitive damages, this matter in controversy exceeds $75,000.00 in damages, exclusive of interest and costs. See Plaintiff's Complaint at ¶¶ 29, 35, 43, 48, 54, and 62.

22. Pursuant to 28 U.S.C. §1332(a), this Court has jurisdiction over this action because it is facially apparent from Plaintiff's Complaint that Plaintiff is seeking damages in excess of the jurisdictional amount in controversy. 28 U.S.C. § 1441(a) provides that "any civil action brought in state court which the district courts have original jurisdiction may be removed by the defendant . . . to the district court of the United States for the district embracing the place where such action is pending." Federal District Courts "shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and cost, and is between . . . citizens of different states." 28 U.S.C. §1332(a). When

determining whether a case meets the jurisdictional requirement for purposes of removal, courts should consider "whether it is 'facially apparent' from the complaint that the damages are 'likely above' the jurisdictional amount in controversy." *Rotschi v. State Farm*, 114 F.3d 1188, 1188 (6th Cir. 1997). Accordingly, the amount in controversy requirement is satisfied. *See* 28 U.S.C. §1332(a). Plaintiff seeks punitive and compensatory damages as well as attorney fees. Thus, it is facially apparent that Plaintiff is seeking damages in excess of the jurisdictional amount. See Plaintiff's Complaint at ¶¶ 29, 35, 43, 48, 54, and 62.

23. This Notice of Removal has been filed within thirty (30) days of the date when the action became removable as required by 28 U.S.C. §1446(b). This Notice of Removal is further consistent with 28 U.S.C. §1446(b) in that it has been filed within one year after the commencement date of this action.

24. Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, and orders served upon Defendants in the State Court Action are attached to this Notice as Exhibit "A."

25. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being served upon all parties and a copy is being filed with the Circuit Court of Daviess County, Kentucky.

26. Because 28 U.S.C. §1332(a) confers federal subject matter jurisdiction over this action, removal of this action to this Court is proper pursuant to 28 U.S.C. §1441.

**WHEREFORE**, Defendants, Owensboro Health Facilities, L.P. d/b/a Twin Rivers Nursing and Rehabilitation Center; Owensboro Health Facilities GP, LLC; Preferred Care Management Group, LP; PCPMG, LLC; Preferred Care of Delaware, Inc. d/b/a Preferred Care, Inc.; Kentucky Partners Management, LLC; and Shelly Ranee Maffia, in her capacity as Administrator of Twin Rivers Nursing and Rehabilitation Center, at all times relevant hereto gives Notice of the removal of this action from the Circuit Court of Daviess County, Kentucky,

to the United States District Court for the Western District of Kentucky in the Owensboro Division.

                               QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

                               */s/ J. Peter Cassidy, III*
                               J. Peter Cassidy, III, Esq.
                               2452 Sir Barton Way, Ste. 300
                               Lexington, KY  40509
                               859-226-0057
                               859- 226-0059 – facsimile

                                       - and -

                               Donald L. Miller, II, Esq.
                               9300 Shelbyville Rd., Ste. 400
                               Louisville, KY  40222
                               502-423-6390
                               502-423-6391 – facsimile
                               ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

       I hereby certify that on August 12, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I additionally certify that a true and accurate copy of the foregoing was served via U.S. mail, first class, postage prepaid, on the 12th day of August, 2015, upon:

Brian M. Jasper, Esq.
Wilkes & McHugh, P.A.
429 N. Broadway
P.O. Box 1747
Lexington, KY  40588-1747

Ms. Susan W. Tierney
Daviess Circuit Clerk
Holbrook Judicial Center
100 E. 2nd St.
P.O. Box 277
Owensboro, KY 42302-0277

                               */s/ J. Peter Cassidy, III*
                               ATTORNEY FOR DEFENDANTS