**ELECTRONICALLY FILED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CASE NO.: 4:15-CV-104-JHM

KAREN ARNOLD, PLAINTIFF

v.

**MOTION TO COMPEL ARBITRATION**

OWENSBORO HEALTH FACILITIES, L.P. d/b/a
TWIN RIVERS NURSING AND REHABILITATION CENTER;
OWENSBORO HEALTH FACILITIES GP, LLC;
PREFERRED CARE PARTNERS MANAGEMENT GROUP, LP;
PCPMG, LLC;
PREFERRED CARE OF DELAWARE, INC. d/b/a
PREFERRED CARE, INC.;
KENTUCKY PARTNERS MANAGEMENT, LLC;
SHELLY RANEE MAFFIA, in her capacity as ADMINISTRATOR of
TWIN RIVERS NURSING AND REHABILITATION CENTER; and
JOHN DOES 1 through 5, UNKNOWN DEFENDANTS, DEFENDANTS

* * * * * * * * *

Come the defendants, Owensboro Health Facilities, L.P. d/b/a Twin Rivers Nursing and Rehabilitation Center and Preferred Care of Delaware, Inc. d/b/a Preferred Care, Inc. ("Defendants"), through counsel, and move this Court to enter an Order compelling Plaintiff, Karen Arnold, to pursue any and all claims arising out of her residency at Twin Rivers Nursing and Rehabilitation Center through binding arbitration in accordance with the express terms and conditions set forth in the arbitration agreement she signed and which is attached hereto as Exhibit "A." In support of this motion, Defendants state as follows:

1. On February 4, 2015, Karen Arnold signed the arbitration agreement attached hereto as Exhibit "A". The arbitration agreement provides in pertinent part that it "applies to any and all

disputes arising out of or in any way relating to this Agreement or to the Resident's stay at the Facility that would constitute a legally cognizable cause of action in a court of law sitting in the Commonwealth of Kentucky and shall include, but not be limited to, all claims in law or equity arising from one Party's failure to satisfy a financial obligation to the other Party; a violation of a right claimed to exist under federal, state, or local law or contractual agreement between the Parties; tort; breach of contract; fraud; misrepresentation; negligence; gross negligence; malpractice; death or wrongful death and any alleged departure from any applicable federal, state, or local medical, health care, consumer or safety standards. Covered Dispute shall include the determination of the scope of or applicability of this Agreement to mediate/arbitrate. . . All claims based in whole or in part on the same incident, transaction or related course of care or services provided by the Facility to the Resident shall be addressed in a single ADR process." See Ex. "A", at p. 2, ¶4.

2. On July 15, 2015, Plaintiff, Karen Arnold, filed a Complaint in Daviess Circuit Court alleging negligence in the care and treatment provided to her while she was a resident at Twin Rivers Nursing and Rehabilitation Center, a Skilled Nursing Facility located in Owensboro, Kentucky (the "State Court Action").

3. Defendants then removed the State Court Action to this court under 28 U.S.C. §1332(a) and 28 U.S.C. §1441(a).

4. The present motion asks this Court to compel Plaintiff to pursue all claims arising out of her residency at Twin Rivers Nursing and Rehabilitation Center in accordance with the arbitration agreement she signed.

5. The FAA provides that:

> A written provision in any maritime transaction or a contract evidencing a transaction involving commerce to settle by

> arbitration a controversy thereafter arising out of such contract or transaction … shall be valid, irrevocable, and enforceable, save upon such grounds as exist at law or in equity for the revocation of any contract.

6. The ADR Agreement executed by Plaintiff is valid and enforceable.

7. The current dispute falls within the scope of the ADR Agreement.

A memorandum in further support of this Motion and a tendered Order is attached hereto.

Respectfully submitted,

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

*/s/ J. Peter Cassidy, III*
J. Peter Cassidy, III, Esq.
2452 Sir Barton Way, Ste. 300
Lexington, KY 40509
859-226-0057
859- 226-0059 – facsimile

- and -

Donald L. Miller, II, Esq.
9300 Shelbyville Rd., Ste. 400
Louisville, KY 40222
502-423-6390
502-423-6391 – facsimile
ATTORNEYS FOR DEFENDANTS,
OWENSBORO HEALTH FACILITIES, L.P.
d/b/a TWIN RIVERS NURSING AND
REHABILITATION CENTER; and
PREFERRED CARE OF DELAWARE, INC.
d/b/a PREFERRED CARE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I additionally certify that a true and accurate copy of the foregoing was served via U.S. mail, first class, postage prepaid, on the 12th day of August, 2015, upon:

Brian M. Jasper, Esq.
Wilkes & McHugh, P.A.
429 N. Broadway
P.O. Box 1747
Lexington, KY 40588-1747

*/s/ J. Peter Cassidy, III*
ATTORNEY FOR DEFENDANTS,
OWENSBORO HEALTH FACILITIES, L.P.
d/b/a TWIN RIVERS NURSING AND
REHABILITATION CENTER; and
PREFERRED CARE OF DELAWARE, INC.
d/b/a PREFERRED CARE, INC.